IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | CASE NO.: 0:13mc53-JFA |
| ) | |
| Subpoenas served on Wells Fargo Bank, N.A., ) | ORDER |
| Employees Pamela Fetner, Zenobia McGill, ) | |
| Joshua Sanders, and Robert Whitaker ) | |
| ) | |

For good cause shown, the depositions presently scheduled for January 31, 2013, are hereby postponed so that the court can receive full briefing and argument on the motion to quash. Counsel for the plaintiff shall secure the services of local counsel and the parties shall brief the issue in accordance with the Local Rules of this District. As soon as the briefs are received, the court will schedule a hearing on the motion.

IT IS SO ORDERED.

January 30, 2013                                  Joseph F. Anderson, Jr.
Columbia, South Carolina                      United States District Judge